UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | No. 24-CR-2 (BAH) |
| v. : | |
| : | |
| BARRY P. BENNETT, : | |
| Defendant. : | |

## MOTION TO DISMISS INFORMATION

The United States of America hereby moves this Court to dismiss with prejudice the Information filed in this case and to vacate the status conference set for September 2, 2025. In support of its motion, the government states as follows:

### BACKGROUND

On December 28, 2023, the government and Defendant Barry P. Bennett entered into a deferred prosecution agreement (DPA or Agreement) through which the government agreed that, except as provided in the Agreement, it would not bring any criminal or civil case against Defendant relating to any of the conduct described in the Statement of Facts attached as Exhibit A to the Agreement. On January 2, 2024, the United States filed an information charging Defendant with violations of 18 U.S.C. § 1001(a)(1) (Scheme to Falsify, Conceal, and Cover up Material Facts from the Department of Justice's FARA Unit) and 22 U.S.C. § 618(a)(2) (False Statements and Material Omissions in Filings Under the Foreign Agents Registration Act).

The DPA is for a term of 18 months. The DPA provides that, if, upon completion of the period of deferred prosecution, the government verifies that Defendant has complied with all the conditions of deferred prosecution, the government will move to dismiss the Information with prejudice within two months of receiving this report. The government has confirmed that Defendant has complied with all the conditions of the deferred prosecution. Accordingly, the

government is moving the Court to dismiss the Information with prejudice. The government further requests that the Court vacate the status conference scheduled in this case.

## CONCLUSION

WHEREFORE, the government respectfully requests that this Court grant this motion to dismiss the Information with prejudice and vacate the status conference set for September 2, 2025.

Respectfully submitted,

JEANINE FERRIS PIRRO
UNITED STATES ATTORNEY

By: */s/Jolie F. Zimmerman*
Jolie F. Zimmerman
Assistant United States Attorney
D.C. Bar No. 465110
United States Attorney's Office for the District of Columbia
601 D Street, N.W.
Washington, DC 20530
(202) 252-7220
Jolie.Zimmerman@usdoj.gov

By: */s/ Evan N. Turgeon*
EVAN N. TURGEON
Deputy Chief for Counter Foreign Malign Influence, Counterintelligence and Export Control Section
D.C. Bar No. 1010816; MA Bar No. 675961
Department of Justice
National Security Division
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530
(202) 353-0176
evan.turgeon@usdoj.gov